The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON; BAC LOCAL NO. 1 PENSION TRUST; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; and INDEPENDENT CONTRACTORS AND BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 1 APPRENTICE TRAINING TRUST , <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE WALLS, LLC, a Washington limited liability company , <br><br> Defendant. | CASE NO. 2:20-CV-00456 <br><br> STIPULATED MOTION AND ORDER TO EXTEND TIME TO FILE INITIAL COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN <br><br> NOTE FOR MOTION CALENDAR: JUNE 9, 2020 |

**STIPULATION**

On May 26, 2020, the parties stipulated and requested the Court to continue the deadline to file the Initial Combined Joint Status Report and Discovery Plan from May 26, 2020 to June 8, 2020. A proposed Order was provided. An Order was not received regarding this stipulation. The parties are diligently engaging in settlement discussions and therefore request that the due date for the Joint Status Report and Discovery Plan to be continued to June 22, 2020.

STIPULATED MOTION & ORDER - 1
CASE NO. 2:20-CV-00456
#1321766 v1 / 73958-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Dated: June 9, 2020.

| | |
|---|---|
| KARR TUTTLE CAMPBELL | BARLOW COUGHRAN MORALES & JOSEPHSON |
| *s/ Richard J. Omata* | *s/ Jeffrey G. Maxwell* |
| Richard J. Omata, WSBA #7032 | Jeffrey G. Maxwell, WSBA #33503 |
| **KARR TUTTLE CAMPBELL** | Barlow Coughran Morales & Josephson |
| 701 Fifth Avenue, Suite 3300 | 1325 Fourth Avenue, Suite 910 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Telephone: 206-223-1313 | Telephone: 206/224-9900 |
| Facsimile: 206-682-7100 | Email: jeffreym@bcmjlaw.com |
| Email: romata@karrtuttle.com | *Attorneys for Plaintiffs* |
| *Attorneys for Defendant* | |

## **ORDER**

Before the Court is the parties' Stipulation and [Proposed] Order to Extend Time to File the Initial Combined Joint Status Report and Discovery Plan from May 26, 2020 to June 22, 2020. The Court finds good cause exists to extend the date for said filing to June 22, 2020.

IT IS SO ORDERED.

DATED: June 10, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION & ORDER - 2
CASE NO. 2:20-CV-00456
#1321766 v1 / 73958-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

**CERTIFICATE OF SERVICE**

I, Julie Nesbitt, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE THE INITIAL COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Jeffrey G. Maxwell<br>Barlow Coughran Morales & Josephson<br>1325 Fourth Avenue, Suite 910<br>Seattle, WA 98101<br>P: 206/224-9900<br>jeffreym@bcmjlaw.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge. Executed on this 9th day of June 2020 at Seattle, Washington.

*s/ Julie Nesbitt*
Julie Nesbitt
Assistant to Richard J. Omata

STIPULATED MOTION & ORDER - 3
CASE NO. 2:20-CV-00456
#1321766 v1 / 73958-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100