The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON; BAC LOCAL NO. 1 PENSION TRUST; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; and INDEPENDENT CONTRACTORS AND BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 1 APPRENTICE TRAINING TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> CASTLE WALLS, LLC, a Washington limited liability company, <br><br> Defendant. | CASE NO. 2:20-CV-00456 <br><br> STIPULATED MOTION AND ORDER EXTENDING DISCOVERY CUTOFF DATES <br><br> NOTED FOR DECEMBER 16, 2020 |

## **STIPULATION**

Plaintiffs and Defendant are currently diligently working on settling this matter. Therefore, by and through their respective attorneys, the parties hereby request that the date for the disclosure of expert testimony of December 16, 2020 and the discovery cutoff date of February 16, 2021 be extended by 30 days to January 15, 2021 and March 18, 2021, respectively.

STIPULATED MOTION AND ORDER - 1
CASE NO. 2:20-CV-00456
#1358211 v1 / 73958-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

STIPULATED this 16th day of December, 2020.

*s/ Richard J. Omata*
Richard J. Omata, WSBA #7032
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  romata@karrtuttle.com
*Attorneys for Defendant*

*s/ Joshua M. Howard*
Joshua M. Howard, WSBA #52189
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  jhoward@karrtuttle.com
*Attorneys for Defendant*

*s/ Jeffrey G. Maxwell*
Jeffrey G. Maxwell
Barlow Coughran Morales & Josephson
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
P: 206/224-9900
jeffreym@bcmjlaw.com
*Attorneys for Plaintiffs*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the pretrial deadlines shall be extended as follows:

The Discovery Cutoff date shall be extended to March 18, 2021

The date for Disclosing Expert Testimony shall be extended to January 15, 2021

DATED this 18th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER - 2
CASE NO. 2:20-CV-00456
#1358211 v1 / 73958-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

# CERTIFICATE OF SERVICE

I, Julie Nesbitt, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98104. On this day, I caused the foregoing STIPULATION AND ORDER EXTENTING DISCOVERY DATES to be served on the parties listed below in the manner indicated.

| | |
|---|---|
| Jeffrey G. Maxwell<br>Barlow Coughran Morales & Josephson<br>1325 Fourth Avenue, Suite 910<br>Seattle, WA 98101<br>P: 206/224-9900<br>jeffreym@bcmjlaw.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Electronic Mail<br>☐ Via Overnight Mail<br>☒ CM/ECF via court's website |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge. Executed on this 16th day of December 2020 at Seattle, Washington.

*s/ Julie Nesbitt*
Julie Nesbitt
Assistant to Richard J. Omata

STIPULATED MOTION AND ORDER - 3
CASE NO. 2:20-CV-00456
#1358211 v1 / 73958-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100