Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON; BAC LOCAL NO. 1 PENSION TRUST; BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND; and INDEPENDENT CONTRACTORS AND BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL NO. 1 APPRENTICE TRAINING TRUST,<br><br>                Plaintiffs,<br>  v.<br><br>CASTLE WALLS, LLC, a Washington limited liability company,<br><br>                Defendant. | Case No. 2:20-cv-00456-RSM<br><br>ORDER OF DISMISSAL |

This matter is before the court on the stipulation of Plaintiffs, commonly known as the Masonry Trust Funds, and Defendant Castle Walls, LLC. The Court has reviewed the stipulation, as well as the pleadings, files, and court records in this matter. Being otherwise fully advise, the Court ORDERS:

    1.    This matter is dismissed without prejudice;

    2.    The Court shall retain jurisdiction to reopen the case and enforce any subsequent breach of the settlement agreement; and

ORDER OF DISMISSAL – 1
2:20-cv-00456-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

3. The Clerk of Court is directed to close the case.

Dated: April 9, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2
2:20-cv-00456-RSM

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900